NONPRECEDENTIAL DISPOSITION
To be cited only in accordance with
Fed. R. App. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

June 11, 2009

**Before**

FRANK H. EASTERBROOK, *Chief Judge*

DIANE P. WOOD, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

No. 07-3399

| | |
|---|---|
| UNITED STATES OF AMERICA, | Appeal from the United States District |
| *Plaintiff-Appellee*, | Court for the Southern District of Illinois. |
| | |
| *v.* | No. 07 CR 30030 |
| | |
| BRANDON L. SINGLETON, | Michael J. Reagan, |
| *Defendant-Appellant.* | *Judge*. |

**O R D E R**

On November 24, 2008, we issued a limited remand under *United States v. Taylor*, 520 F.3d 746 (7th Cir. 2008), asking the district court to inform us whether it wished to resentence Brandon Singleton in light of *Kimbrough v. United States*, 552 U.S. 85 (2007).  *See United States v. Singleton*, 548 F.3d 589 (7th Cir. 2008).  The district court has now advised us that it is inclined to resentence Singleton.  Therefore, we VACATE Singleton's sentence and REMAND for resentencing.